**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LONNIE DAWSON, | No. 10-55383 |
| Petitioner - Appellant, | D.C. No. 5:08-cv-01070-AHS |
| v. | |
| NORWOOD, Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Alicemarie H. Stotler, District Judge, Presiding

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Federal prisoner Lonnie Dawson appeals pro se from the district court's

judgment denying his 28 U.S.C. § 2241 habeas petition.  We have jurisdiction

under 28 U.S.C. § 1291, and we affirm the district court.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

Dawson challenges the prison disciplinary decision finding him guilty of using a telephone to further criminal activity and resulting in a 60-day loss of good time credits. Specifically, Dawson contends that his due process rights were violated during the disciplinary hearing because the incident report improperly charged him with violating Code 197 instead of Code 197A and because the discipline hearing officer's decision is not supported by some evidence. The record reflects that Dawson received all process that was due and that some evidence supports the disciplinary findings. *See Wolff v. McDonnell*, 418 U.S. 539, 563-67 (1974); *see also Superintendent v. Hill*, 472 U.S. 445, 455 (1985).

**AFFIRMED.**